**MACNEILL ENGINEERING COMPANY, INC., Plaintiff–Appellant,**

v.

**TRISPORT, LTD., Defendant–Appellee.**

No. 01–1206.

United States Court of Appeals, Federal Circuit.

June 22, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**BENZ AIR ENGINEERING CO., INC. and Robert Benz, Plaintiffs–Appellants,**

v.

**R.F. MacDONALD CO. and Michael MacDonald, Defendants–Appellees.**

No. 01–1325.

United States Court of Appeals, Federal Circuit.

June 22, 2001.

ORDER

The Appellants have failed to respond to the Court's June 4, 2001 show cause order within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.